## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Chapter 11 |
| American Eagle Energy Corporation | Case No. 15-15073-KHT |
| | |
| AMZG, Inc. | Case No. 15-15074-KHT |
| Debtors. | (Jointly Administered) |

_____

Walter A. Jones, Liquidating Trustee of the
Liquidating Trust of American Eagle Energy      Adversary Proc. No. 15-1444 KHT
Corporation,
Plaintiff,
vs.
Power Energy Partners LP, et al.
Defendants.

---

### STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT
### TO BANKRUPTCY RULE 7041

Walter A. Jones, trustee of American Eagle Energy Corporation Liquidating Trust (the

"Plaintiff or "Trustee"), through his counsel, and William Jegen, Power Energy Logistics LLC,

George Archos, Robert Trusz, Maria Trusz, T&A Energy LLC, Power Energy Partners LP, Power

Energy Partners LLC, Power Energy Marketing LLC, Power Energy Holding LLC, Power Crude

Transport Inc., and PCT Holding Company Inc., through their respective counsel, being all parties

to this action, hereby stipulate to dismiss this adversary proceeding with prejudice, pursuant to

Bankruptcy Rule 7041 and F.R.C.P. 41(a)(1).

/

/

/

/

/

/

Dated: April 5, 2022.                                   Respectfully submitted,

**ONSAGER FLETCHER JOHNSON**          **WADSWORTH, GARBER, WARNER**
**LLC**                                                        **AND CONRARDY, P.C.**

*s/ Andrew D. Johnson*                              *s/ Aaron A. Garber*
   Christian C. Onsager, #6889                  Aaron A. Garber #36099
   Andrew D. Johnson, #36879                 2580 W Main St.
600 17th Street, Suite 425 North               Littleton, CO 80120
Denver, CO 80202                                    Telephone: 303-296-1999
Telephone:  720-457-7061                        Email: agarber@wgwc-law.com
ajohnson@OFJlaw.com

                                                               Counsel for George Archos, Robert Trusz,
Counsel for Walter A. Jones, Trustee       Maria Trusz, T&A Energy LLC, Power
                                                               Energy Partners LP, Power Energy Partners
                                                               LLC, Power Energy Marketing LLC, Power
                                                               Energy Holding LLC, Power Crude Transport
                                                               Inc., and PCT Holding Company, Inc.

**DOPKELAW, LLC**

*s/ Bruce Dopke*
Bruce Dopke, Member
1535 W. Schaumburg Road, Ste. 204
Schaumburg, IL 60194
Telephone: 847-524-4811
E-mail: bd@dopkelaw.com

Counsel for William Jegen and Power
Energy Logistics LLC

## CERTIFICATE OF SERVICE

        I certify that on April 5, 2022, I served a complete copy of the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Bankruptcy Rule 7041 on any and all parties who have requested electronic notice through the court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

                                   *s/ Barbara A. Moss*

2